IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES HONEYCUTT  
ADC #107295     PLAINTIFF

VS.     NO. 5:04CV00020 GH/JFF

MARGARET JACKS, et al.     DEFENDANTS

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster, Jr. After careful review of those findings and recommendations, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that the Motion to Dismiss filed by the Arkansas Department of Correction Defendants (docket entry #18) and the Motion to Dismiss filed by the Correctional Medical Services Defendants (docket entry #27) are DENIED.

IT IS SO ORDERED this 27 of July, 2005.

George Howard, Jr.  
UNITED STATES DISTRICT JUDGE