## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| **JAMES HONEYCUTT** | * | |
| **ADC # 107295** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 5:04CV00020 JFF |
| | * | |
| **SHIRLEY COLLINS and** | * | |
| **CONNIE HUBBARD** | * | |
| | * | |
| **Defendants** | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, and Judgment is entered on behalf of the Defendants.

DATED this 27th day of December, 2006.

/s/ John F. Forster, Jr.
MAGISTRATE JUDGE
United States District Court